**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| JOEY DAWSON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 2:22-CV-01239-JKS-JRA |
| | ) | |
| | ) | |
| | ) | CIVIL ACTION |
| | ) | |
| FEDEX FREIGHT, INC., | ) | |
| | ) | |
| Defendant. | ) | |

---

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

It is hereby stipulated by and between Joey Dawson, *pro se* Plaintiff, and Defendant FedEx

Freight, Inc., by and through its attorneys, that all claims are dismissed with prejudice and without

costs, attorneys' fees, expenses, or disbursements to any part.

Dated:  December 22, 2025

/s/ Joey Dawson _____
Joey Dawson, *Pro Se* Plaintiff

*/s/ Joseph B. Reafsnyder*
Joseph B. Reafsnyder (No. 230282017)
Bridgett L. Stigger (*pro hac vice*)
FEDERAL EXPRESS CORPORATION
8252 Tournament Dr.
Memphis, TN 38125
T: (901) 434-8525
Joseph.reafsnyder@fedex.com
c: (901) 820-6126
Bridgett.stigger@fedex.com
c: (901) 483-6983

***Attorneys for Defendant***