**CLOSED**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOEY DAWSON, </br></br>    Plaintiff, </br></br> v. </br></br> FEDEX FREIGHT, INC., </br></br>    Defendant. | ) </br> ) </br> ) </br> )  No. 2:22-CV-01239-JKS-JRA </br> ) </br> ) </br> )  CIVIL ACTION </br> ) </br> ) </br> ) </br> ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated by and between Joey Dawson, *pro se* Plaintiff, and Defendant FedEx Freight, Inc., by and through its attorneys, that all claims are dismissed with prejudice and without costs, attorneys' fees, expenses, or disbursements to any part.

Dated:  December 22, 2025

*/s/ Joey Dawson*  
Joey Dawson, *Pro Se* Plaintiff

**So Ordered.**

**Dated:** December 23, 2025

*/s/ Jamel K. Semper*  
**Hon. Jamel K. Semper**  
**United States District Judge**

*/s/ Joseph B. Reafsnyder*  
Joseph B. Reafsnyder (No. 230282017)  
Bridgett L. Stigger (*pro hac vice*)  
FEDERAL EXPRESS CORPORATION  
8252 Tournament Dr.  
Memphis, TN 38125  
T: (901) 434-8525  
Joseph.reafsnyder@fedex.com  
c: (901) 820-6126  
Bridgett.stigger@fedex.com  
c: (901) 483-6983

*Attorneys for Defendant*